AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| OEC Group New York and<br>Orient Express Container Co. Ltd.<br><br>*Plaintiff(s)*<br>v.<br>MV NORDMED, her engines, boilers, etc. in rem,<br>CMA-CGM, S.A. and CMA-CGM (America) LLC<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MV NORDMED and CMA-CGM, S.A.
4 Qaid Arenc, 13002 Marseilles, France

CMA-CGM (America) LLC
5701 Lake Wright Drive
Norfolk, Virginia 23502

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Dougherty, Ryan & Hession, LLP.
250 Park Avenue - Seventh Floor
New York, New York 10177

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/6/2020

/s/ J. Gonzalez
*Signature of Clerk or Deputy Clerk*