```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

OEC GROUP NEW YORK and ORIENT EXPRESS
CONTAINER CO. LTD.,

                                   Plaintiffs,                  **ORDER RESCHEDULING**

                                                                   **SETTLEMENT CONFERENCE**

       -against-

                                                                            **20-CV-2791 (LJL)**

CMA-CGM S.A., CMA-CGM (AMERICA) LLC.,
and MV NORMED, HER ENGINES, BOLIERS, ETC.
IN REM.

                                   Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The settlement conference in this matter currently scheduled for Friday, December 18, 2020 at 10:00 a.m. is rescheduled to **Wednesday, December 16, 2020 at 2:00 p.m.**  Counsel is directed to call Judge Parker's teleconference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **December 9, 2020 by 5:00 p.m.**

      SO ORDERED.

Dated: November 18, 2020
       New York, New York

                                                      _____
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge